**No. 44603.**—Protests 902511–G, etc., of Ernst Bremermann & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 44604.**—Protests 6505–K, etc., of Lithuanian-American Import & Export Corp. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

BEFORE THE SECOND DIVISION, OCTOBER 24, 1940

**No. 44605.**—Protests 943527–G, etc., of Dan Brechner (New York).

Opinion by TILSON, J. It was agreed that the dolls which were classified as in part of beads are composed in chief value of celluloid. On the record presented they were held dutiable at 1 cent each and 60 percent ad valorem under the second clause of paragraph 1513 as claimed. *United States* v. *American Shipping Co.* (15 Ct. Cust. Appls. 249, T. D. 42261), *United States* v. *Tan* (id. 252, T. D. 42262), *United States* v. *Field* (id. 254, T. D. 42263), *May* v. *United States* (T. D. 43487), and *Trimming Clearing House* v. *United States* (T. D. 43488) distinguished.

**No. 44606.**—Protests 113644–G, etc., of Saydah Importing Co. et al. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is the same as that the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 44607.**—Protests 2041–K, etc., of Sterling Button Co., Inc., et al. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of fabrics with fast edges not exceeding 12 inches in width, wholly or in chief value of cotton, similar to that the subject of *Sterling Button Co.* v. *United States* (C. D. 324). The claim at 35 percent under paragraph 912 was therefore sustained.

**No. 44608.**—Protests 32016–G, etc., of Saydah Importing Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is the same as that involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.